RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
EILEEN M. BISSEN, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  rgrosboll@neyhartlaw.com
        blunch@neyhartlaw.com
        ebissen@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SUNRISE SYSTEMS LVC, a California Corporation,<br><br>　　　　　Defendant. | Case No. CV-10-2170 JF<br><br>**STIPULATED DISMISSAL** |

-1-

**STIPULATED DISMISSAL**

NEYHART, ANDERSON, FLYNN & GROSBOLL

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), the parties hereto stipulate to a dismissal of the above-captioned action without prejudice. Each party shall bear its own attorneys fees and costs incurred in the action.

Dated:  July 1, 2010

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By:____/s/Benjamin K. Lunch_____
      BENJAMIN K. LUNCH
      Attorneys for Plaintiffs

Dated: July 1, 2010

Respectfully Submitted,

LAW OFFICE OF RUSSELL D. COOK

By:___/s/Russell D. Cook_____
      RUSSELL D. COOK
      Attorneys for Defendant

IT IS SO ORDERED

Dated:  7/2/10

_____
UNITED STATES DISTRICT COURT JUDGE